# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0926
Lower Tribunal No. 2024-CC-023328

_____

SHEDRICKA COVERT and BRANDON ALEXANDER,

Appellants,

v.

WE AUVERS VILLAGE, LLC,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Orange County.
Eric H. DuBois, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


Shedricka Covert and Brandon Alexander, Orlando, pro se.

James I. Barron, III, of James I. Barron, III, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED